**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHARLES YOUNG,
an individual,

       Plaintiff,

v.

                                        Case No.: 5:23-cv-00107-JA-PRL

WE FLORIDA FINANCIAL,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company,
TRANS UNION, LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

       Defendants.
_____/

**NOTICE OF SETTLEMENT**

       Plaintiff hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SERVICES, LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 12, 2023, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

1

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 125561
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*