UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES YOUNG,

    Plaintiff,

v.

WE FLORIDA FINANCIAL,
EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION,
LLC, and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.
_____/

Case No. 5:23-cv-00107-JA-PRL

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE JOHN ANTOON II:

    The parties respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter.  Each party will bear its own attorneys' fees and court costs.  Trans Union and Plaintiff will present dismissal documents to the court as soon as possible.  The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

6490768.1

Respectfully submitted,

*/s/ Linda LaRue*
Linda LaRue
Florida Bar No. 30467
llarue@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 880-1863
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

*/s/ Aaron M. Swift*
Aaron M. Swift
aswift@swift-law.com
Jordan T. Isringhaus
jisringhaus@swift-law.com
Sean E. McEleney
smceleney@swift-law.com
Swift Law PLLC
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
(727) 490-9919
(727) 255-5332 Fax
**Counsel for Plaintiff**

6490768.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Aaron M. Swift
aswift@swift-law.com
Jordan T. Isringhaus
jisringhaus@swift-law.com
Sean E. McEleney
smceleney@swift-law.com
Swift Law PLLC
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
(727) 490-9919
(727) 255-5332 Fax
*Counsel for Plaintiff*

Maria Helena Ruiz
mruiz@kasowitz.com
Kasowitz Benson Torres LLP
1441 Brickell Ave., Suite 1420
Miami, FL 33131-3426
(786) 587-1044
(305) 675-2601 Fax
*Counsel for Experian Information Solutions, Inc.*

Jason Daniel Joffe
jason.joffe@squirepb.com
Squire Patton Boggs (US), LLP
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
(305) 577-7000
(305) 577-7001 Fax
*Counsel for Equifax Information Services LLC*

*/s/ Linda LaRue*
**LINDA LARUE**

3

6490768.1