# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHARLES YOUNG,
an individual,

        Plaintiff,

v.

WE FLORIDA FINANCIAL,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company,
TRANS UNION, LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

        Defendants.
_____/

Case No.: 5:23-cv-00107-JA-PRL

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2023, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

1

Respectfully submitted,

**SWIFT LAW PLLC**

<u>/s/ *Aaron M. Swift*</u>
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 0091487
Sean E. McEleney, Esq., FBN 125561
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*